UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TINA PACHECO, | : | CV. NO.: 3:10-cv-464 (AWT) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH MCMAHON CORPORATION, | : | |
| d/b/a UNITED OBLIGATIONS | : | |
|     Defendants. | : | October 13, 2010 |

**MOTION TO WITHDRAW AS COUNSEL**
**PURSUANT TO LOCAL RULE 7E**

Pursuant to Local Rule 7e, Matthew Corcoran, the undersigned counsel respectfully moves to withdraw his appearance on behalf of the Joseph McMahon Corporation.

Undersigned counsel has been directed by the Defendant to withdraw as counsel in this matter.

        DEFENDANT
        JOSEPH MCMAHON CORPORATION

    BY_____/s/_____
        Matthew J. Corcoran
        33 Wolcott Road
        Wolcott, CT 06716
        Phone:  (203) 879-2812
        Fax:    (203) 879-2842
        Juris No. ct24861
        attycorcoran@yahoo.com

CERTIFICATION

I hereby certify that on October 13, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system and

a copy of the foregoing was sent on even date via certified mail to

Marilyn Miller, President
Joseph McMahon Corporation
170 Post Road
Fairfield, CT 06824

_____/s/_____

Matthew J. Corcoran, Esq.