**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2011 JAN 20 P 2:53

DISTRICT COURT
GEPORT, CONN

**TINA PACHECO : 3:10 CV-004 AWT RNC**

**V. :**

**JOSEPH MCMAHON CORPORATION**
**DBA UNITED OBLIGATIONS : JANUARY 20, 2011**

**MOTION FOR EXTENSION OF TIMETO FILE APPEAL**

The undersigned intervening party, Paul F. Miller, pursuant to the Federal Rules of Civil Procedure, Rule4(a)(5)(A)(i), moves this Court for an extension of time to file an appeal with the Second Circuit Court of the United States. It is the intention of the undersigned, to challenge the order of this Court, denying reconsideration of my motion to intervention as a matter of right, a colorable claim, appealable as a final judgment. *In re Bank of New York Derivative Litigation,* 320 F.3d 291, 300 (2d Cir. 2003).

Respectfully Submitted,

Paul F. Miller
170 Post Road #207
Fairfield, CT 06824
203-292-6767
866-891-8903 fax
PFM@unitedobligations.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**TINA PACHECO** : **3:10 CV-00464 AWT**

**V.** :

**JOSEPH MCMAHON CORPORATION**
**DBA UNITED OBLIGATIONS** : **JANUARY 20, 2011**

**CERTIFICATION**

I, Paul F. Miller, respectfully submit that a copy of the foregoing was emailed to the following parties on January 20, 2011.

Joanne Faulkner
123 Avon Street
New Haven, CT 06511
203-772-0395
Faulknerlawoffice@snet.net

Mathew Corcoran
33 Wolcott Road
Wolcott, CT 06716
Attycorcoran@yahoo.com

Respectfully Submitted,

Paul F. Miller
170 Post Road #207
Fairfield, CT 06824
203-292-6767
866-891-8903 fax
PFM@unitedobligations.com