UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TINA PACHECO, | : |
| v. | :   CASE NO. 3:10CV464 (AWT) |
| JOSEPH McMAHON CORPORATION, | : |
| d/b/a UNITED OBLIGATIONS | |

FINAL JUDGMENT

This action came on for consideration of plaintiff's motion for entry of final judgment on the Fair Debt Collection Practices Act ("FDCPA") claim before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law. The plaintiff has withdrawn any remaining claims, and the court has entered an order granting her motion for entry of final judgment.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered in favor of the plaintiff Tina Pacheco on her FDCPA claim against the defendants Joseph McMahon Corporation, d/b/a United Obligations, in the amount of $1,000 for statutory damages, plus attorney fees and costs, plus statutory interest from the date the judgment was entered.

Dated at Hartford, Connecticut, this 27th day of September, 2013.

ROBIN D. TABORA, Clerk
United States District Court

By   /s/ SLS
    Sandra Smith
    Deputy Clerk

EOD   9/27/13